# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ALVIN STREET,** | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. 2:16-cv-00384** |
| | § | |
| **TBC CORPORATION,** | § | |
| **TBC RETAIL GROUP, INC.,** | § | |
| **NTW, LLC d/b/a NATIONAL TIRE** | § | |
| **AND BATTERY** | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF MEGAN FILOON

I, Megan Filoon, am over the age of twenty-one and give this declaration of my own free

will, pursuant to 28 U.S.C. § 1746, based on personal knowledge, and for use in any judicial

proceeding involving any of the Plaintiffs in the above litigation.  If called to testify as a witness,

I am competent to testify and would testify to the following facts:

1.      I am currently employed by TBC Corporation ("Defendant" or "TBC") as Vice

President of Human Resources. My job responsibilities include managing Human Resources

related issues for subsidiaries of TBC, including NTW, LLC (d/b/a National Tire & Battery).  I

have held that position since 2013.

2.      Plaintiff, Alvin Street, is currently employed by NTW, LLC (d/b/a National Tire

& Battery). He was hired on May 23, 2016 and is currently working as an hourly salesperson.

Opt-in Brianna Perez is currently employed by NTW, LLC (d/b/a National Tire & Battery).  She

was hired on May 26, 2016 and is currently working as an hourly salesperson.

3.      In February 2013, TBC's senior executives decided to implement an arbitration agreement. In September 2013, TBC drafted the initial Mutual Agreement to Arbitrate Claims and Waiver of Class/Collective Actions (the "Arbitration Agreement"). The Arbitration Agreement was finalized in October 2013. A true and correct copy of the Arbitration Agreement is attached as Attachment 1. During October and November 2013, all of TBC's new hires and California employees were required to sign the Arbitration Agreement.

4.      Between October 2013 and March 2014, TBC's IT department created access in the employee Portal so that the Arbitration Agreement could be posted to all current, non-California employees for their electronic signature. There was a delay during this time period because of Portal and production issues as this was the first document requiring employees' electronic signatures that was placed on the Portal. During February 2014, TBC's Human Resources department began drafting a memorandum about the Arbitration Agreement to all current, non-California employees.

5.      On March 13, 2014, TBC provided all of its then current, non-California employees via the employee Portal the finalized Employee Memorandum (the "Employee Memorandum") and the Arbitration Agreement. A true and correct copy of the Employee Memorandum is attached to this Declaration as Attachment 2. In addition, a company-wide communication was circulated notifying employees of the Employee Memorandum and Arbitration Agreement. The Employee Memorandum requested that each employee acknowledge the Arbitration Agreement by March 21, 2014; however this was not a strict deadline, as many employees did not acknowledge the Arbitration Agreement until after that date.

2

6.   As outlined on page 2 of the March 13, 2014 Employee Memorandum all current

non-California employees hired prior to October 15, 2013 were required to electronically sign

the Mutual Arbitration Agreement by following these steps:

A. Employees had to log into the Portal by clicking a link and entering their user ID (their employee number) as well as a password. For first time users or those utilizing the reset option, the default password was the first two letters of the employee's last name followed by the last four digits of the employee's social security number. Users were then prompted to create their own personal passwords.

B. Employees had to then navigate through two computer screens by clicking the Employee Self Service Tab and then clicking the Documents and Acknowledgments tab to view pending items.

C. Employees next clicked on the document link for the Mutual Agreement to Arbitrate, which pulled up a PDF of the entire Mutual Arbitration Agreement. Employees had the option to print a copy of the agreement for their own records and to consult with legal counsel prior to electronically signing.

D. Employees had to scroll through the **entire** Mutual Arbitration Agreement to the **bottom of the very last page**.

E. Employees then signed the Mutual Arbitration Agreement electronically by entering the employee number in the first box followed by the last four digits of the employee's social security number in a second box and clicking the "Acknowledge" button.

F. After clicking the "Acknowledge" button, a confirmation would appear and the Portal would then show that the Mutual Arbitration Agreement had been acknowledged along with the date and time of the employee's acknowledgement.

7.   TBC considered the Mutual Arbitration Agreement to have been signed by each

employee who filled in those two boxes and clicked the "Acknowledge" button.

8.   For newer hires and rehires, TBC now utilizes an electronic onboarding process

through the Kronos system. This was the system Alvin Street and Brianna Perez utilized when

they were hired in 2016. New hires and rehires must log into the Kronos system using their

personal information to begin their portion of the electronic onboarding process. They must

enter their first names, last names, and the last 4 digits of their social security numbers to sign

into Kronos. The onboarding employee then clicks to consent to reviewing and responding to

3

notices in electronic form and to using electronic signature technology to complete the onboarding documents. The onboarding employee continues to enter personal information such as emergency contacts, direct deposit information, Form W-4 information, etc.

9.      The Kronos system requires the onboarding employee to view each document before electronically signing. For example, when the onboarding employee clicks on "view" the Mutual Arbitration Agreement, the entire Agreement opens for viewing. Once the document has been viewed, the system gives the onboarding employee the option of electronically signing by clicking "Sign." If an onboarding employee passes this page without viewing and signing the documents, an error message appears and the onboarding employee is not allowed to move on to the next screen in the onboarding process. As the new hires electronically sign the documents, a message appears as confirmation of the signature with the date and time stamp. After the onboarding employees have reviewed and signed all the documents, including the Mutual Arbitration Agreement, they are then asked to acknowledge that they have either printed or do not wish to print the signed documents. An onboarding employee cannot move forward in the hiring process without electronically signing all documents, including the Mutual Arbitration Agreement. Lastly, the system notifies the onboarding employee of how to electronically view the acknowledged documents again after hiring is complete. True and accurate copies of screen shots and instructions outlining this onboarding process are included as Attachment 3 to this declaration.

10.     A true and correct copy of Alvin Street and Briana Perez' Mutual Arbitration Agreements which were electronically signed via the Kronos onboarding system is attached to this declaration as Attachment 4. This electronic acknowledgment of the Mutual Arbitration Agreement was created at the time of the acknowledgment by the employee whose name appears

4

on the documents.  These records are kept in the course of TBC's regularly conducted business and were a regular practice of that activity.

11.     This declaration accurately reflects my personal knowledge. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. I have first-hand knowledge of all statements made herein.

Executed on November ___4___, 2016.

_____
Megan Filoon

WSACTIVELLP:8833697.1

5

# ATTACHMENT 1

## MUTUAL AGREEMENT TO ARBITRATE CLAIMS and
## WAIVER OF CLASS/COLLECTIVE ACTIONS

As a condition of my employment and/or continued employment with TBC Corporation or one of its affiliated entities, and for the mutual promises herein, Applicant/Employee (referred to in this Agreement as "Associate", "you") and the Company (collectively "the parties") agree that:

1.  Except (a) as expressly set forth in the section titled "Claims *Not* Covered by this Agreement", and (b) as otherwise required by applicable law, any and all disputes, claims, complaints or controversies ("Claims") between you and TBC Corporation and/or any of its parents, subsidiaries, affiliates, agents, officers, directors, employees and/or any of its benefit plans, benefit plan fiduciaries, sponsors or administrators (collectively and individually the "Company"), that in any way arise out of or relate to your employment, the terms and conditions of your employment, your application for employment and/or the termination of your employment, will be resolved by binding arbitration and NOT by a court or jury.    As such, the Company and you agree to forever waive and relinquish their right to bring claims against the other in a court of law.

2.  To the maximum extent permitted by law, the parties agree that this Agreement is equally binding on any person who represents or seeks to represent you or the Company in a lawsuit against the other in a court of law.    That is, the parties agree that no Claims may be initiated or maintained on a class action basis, collective action basis, or representative action basis either in court or arbitration.    Any Claims must be brought in a party's individual capacity, and such claim may not be joined or consolidated in arbitration with Claims brought by other individuals.    If, for any reason, this waiver of class actions/collective actions/representative actions is found to be unenforceable or invalid, then any such class, collective or representative action claim must be litigated and decided in a court of competent jurisdiction, and not in arbitration.    Any issue concerning the enforceability or validity of this waiver must be decided by a court, and not by an arbitrator.

## Claims *Not* Covered by this Agreement

The following matters are claims that are not covered by this Agreement and may be brought by either party in a court of competent jurisdiction or tribunal:

*   Claims for workers' compensation benefits.

*   Claims for unemployment compensation benefits.

*   Proceedings before the National Labor Relations Board, the Equal Employment Opportunity Commission, the Department of Labor, the Occupational Safety and Health Commission, or any other federal, state or local administrative agency.    However, you understand that any Claim that is not finally resolved through the agency proceedings must be submitted to arbitration in accordance with this Agreement.

*   Claims that are expressly precluded from arbitration by a governing federal statute or regulation or by a state law that is not preempted by the Federal Arbitration Act.

- [Associates Outside California]:   Any individual Claim that you may have against the Company or that the Company may have against you for injunctive relief that is based upon alleged unfair competition and/or the use and/or unauthorized disclosure of trade secrets or other confidential information.

- [Associates Inside California]:   Applications to a court for provisional remedies may be made pursuant to Cal. Civ. Proc. Code Section 1281.8, upon the ground set forth in that Section.

## Arbitration Procedures

The parties agree to use the American Arbitration Association ("AAA") to govern the arbitration proceeding.   The Arbitration must be conducted before a single arbitrator in the State where the Associate was employed by the Company at the time the Claims arose.   Any Arbitration will be in accordance with the then current employment arbitration rules and procedures of AAA[1], except to the extent any such rules and/or procedures are in conflict with any express term of this Agreement, in which case such term of this Agreement will control.   The Arbitrator must have the authority to entertain a motion to dismiss and/or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

## Fees and Costs

If you make the Demand for Arbitration, you must pay the AAA filing fee; provided such fee does not exceed the initial filing fee to commence an action in a court of competent jurisdiction, in which case the excess of that amount will be paid by the Company.   If the Company makes the Demand for Arbitration, the Company must pay the entire AAA filing fee.   The Company will pay any required administrative fees of the Arbitrator for his or her services, as well as any additional fees unique to arbitration.   Each party will be responsible for paying his/her/its own attorney's fees and all other costs and fees incurred in connection with the Arbitration.

To the extent that it results in a greater recovery for you, the Company agrees to waive the limitations on the recovery of expert fees as an item of costs for reasonable expert fees incurred by you in any Arbitration in which (i) you prevail in an amount greater than the amount of the last settlement offer made by the Company, and (ii) such reasonable expert fees were incurred for an expert report or expert testimony that was ultimately admitted into evidence and relied upon by the Arbitrator in rendering the award.

## Time Limitation for Commencing Arbitration

The parties are bound by the same statute of limitations that would have applied if the Claim was made in an administrative or judicial forum.   The date on which AAA receives written notice by the party seeking arbitration stating that party's intention to arbitrate ("Demand for Arbitration") will be considered the date of filing for purposes of the statute of limitations.

In the event you file a Demand for Arbitration with AAA, you understand that you must serve the Company with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing the copy to the Company's General Counsel, 4300 TBC Way, Palm Beach Gardens, FL 33410.   In the event the Company files a Demand for Arbitration, the Company must serve you with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing

---

[1] A copy of the AAA rules and procedures can be directly viewed and printed from the Company's online portal. Additionally, information about AAA and its rules and procedures can be found at www.adr.org.

the copy to the last address you provided to the Company in writing.

All service hereunder must be made by United States certified or registered mail, return receipt requested.

## Judicial Enforcement

Either party may bring an action in any court of competent jurisdiction (1) to compel Arbitration under this Agreement, and (2) to enforce or vacate an arbitration award, if provided for by the laws of such jurisdiction.

## Damages and Other Relief

Any Claim arbitrated hereunder is subject to the same limitations regarding damages and ability to obtain other relief, as well as affirmative rights to damages and other relief, as would have applied if the Claim was initiated in a judicial forum.

## Survival; Modification; and Termination

This Agreement will survive the termination of your employment with the Company, as well as the termination or expiration of any benefit of such employment.   In the event that your employment with the Company is severed or terminated and you are subsequently re-employed by the Company, this Agreement will remain in full force and effect during such subsequent employment and will survive the termination of such subsequent employment.

This Agreement supersedes any prior agreement between the parties concerning the subject matter of dispute resolution.   This Agreement may only be modified, revoked and/or terminated by a subsequent written agreement that specifically states the parties' intent to modify, revoke and/or terminate this Agreement and that is signed by you and an Executive Vice President of the Company.

## Construction

If any court of competent jurisdiction finds any part or provision of this Agreement void, voidable or otherwise unenforceable, such a finding will not affect the validity of the remainder of the Agreement and all other parts and provisions will remain in full force and effect.

## Governing Law

This Agreement is governed by the Federal Arbitration Act and by the laws of the state where the Claim arose, to the extent those laws are not inconsistent with and/or preempted by the Federal Arbitration Act.

## At-Will Employment

Your employment is not for any specific duration and either the Company or you may terminate your employment relationship at any time, with or without cause and with or without notice.   This express at-will acknowledgement supersedes any and all prior representations and understandings, whether written or oral, express or implied, between the Company and you.

YOUR SIGNATURE BELOW ATTESTS TO THE FACT THAT:

1. YOU HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.

2. YOU ARE SIGNING THIS AGREEMENT VOLUNTARILY.

3. YOU ARE NOT RELYING ON ANY PROMISES OR REPRESENTATIONS BY THE COMPANY EXCEPT THOSE CONTAINED IN THIS AGREEMENT.

4. YOU UNDERSTAND THAT BY SIGNING THIS AGREEMENT, YOU ARE GIVING UP THE RIGHT TO HAVE CLAIMS DECIDED BY A COURT OR A JURY.

5. YOU HAVE BEEN GIVEN THE OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH PRIVATE LEGAL COUNSEL AT YOUR EXPENSE.

**APPLICANT/EMPLOYEE**                          **COMPANY**

_____                         _____
Signature                                        Title

_____
Print Name

_____
Employee Number

_____
Date

# ATTACHMENT 2



| To: | All TBC Associates-Enterprise |
|---|---|
| From: | Human Resources |
| Date: | March 13, 2014 |
| Subject: | **IMPORTANT** Document Acknowledgement in SAP Portal |

Human Resources announces a new addition to your Employee Self Service (ESS) Portal that provides all Associates the ability to review and acknowledge TBC policies, processes, and documents. We are implementing the Portal Acknowledgment process with two important documents - the TBC Code of Conduct and the Mutual Agreement to Arbitrate Claims and Waiver of Class/Collective Actions.

### *TBC CODE OF CODUCT ("Code"):*

- **What is the Code?**
  - o The Code covers a wide range of business policies and procedures Associates may encounter while working for TBC. Its purpose is to set forth basic principles and guidelines that all Associates are expected to follow while conducting business on behalf of TBC, whether on or off company premises.

- **Who is required to acknowledge the Code?**
  - o All current salaried exempt Associates and California Store Managers are required to acknowledge the 2014 Code exclusively through the SAP Portal.

### *MUTUAL AGREEMENT TO ARBITRATE CLAIMS and WAIVER OF CLASS/COLLECTIVE ACTIONS ("Agreement"):*

- **What is the Agreement?**
  - o The Arbitration Agreement is a contract between Associates and the Company. Its purpose is to allow any Associate to bring any legal claim(s) against the Company in a quicker, less formal, and typically less expensive forum than the traditional filing of a lawsuit in court.

- **Who is required to acknowledge the Agreement?**
  - o All current employees hired prior to October 15, 2013 are required to acknowledge Agreement.

### *TIMELINE AND ACKNOWLEDGMENT DIRECTION:*

- **When are the Acknowledgments due?**

  - o All Acknowledgments must be completed no later than Friday March 21, 2014.

# ATTACHMENT 3



**Documents and Acknowledgements Portal Directions:**

1. Log onto the SAP Portal - http://portal.tbccorp.com/irj/portal
   User Name:  Employee Number
   Password: Enter your specific password. Use the password reset option if you do not remember your password
2. Select *Employee Self Service Tab* (ESS)
3. Select *Documents and Acknowledgements* tab to view pending items
4. Click on the document link and review the PDF document in its entirety
5. At the bottom of the page, Enter Employee Number and last four digits of Social Security Number for your electronic signature
6. A message will appear indicating the acknowledgment has been recorded
7. Close Window

*Notes*:

- Use the Standard TBC IE (Internet Explorer) browser.

- First time users of the Portal or use of the Password Reset option require your entry of your default password which is the First two letters of your Last Name in  caps and the last 4 digits of SSN" as logon.

- The page will have double scroll bars to the right.  Use the scroll bar to the far right to scroll down to the Acknowledgement section.

- If you would like to see a history of all acknowledged documents, remove the check mark at the Display only unacknowledged documents option.

- If the message "Personnel number(s) cannot be locked" appears, payroll processing is taking place. Please close the document and try again later.

- See below for screen shots that display the process

Questions regarding SAP Portal access should be directed to the Help Desk at: 561-383-3000, extension #2217 or 800-344-7029.  Questions regarding the content of the Acknowledgments can be directed to Human Resources.

Thank you in advance for your support and compliance with this important initiative.

**Screenshots:  See following pages for screenshot directions.**

4280 Professional Center Drive • Palm Beach Gardens, FL 33410 • 561-383-3100









Please note the double scroll bar here



At the end of each document is where you will electronically acknowledge.

4280 Professional Center Drive • Palm Beach Gardens, FL 33410 • 561-383-3100

# ATTACHMENT 4

## MUTUAL AGREEMENT TO ARBITRATE CLAIMS and
## WAIVER OF CLASS/COLLECTIVE ACTIONS

As a condition of my employment and/or continued employment with TBC Corporation or one of its affiliated entities, and for the mutual promises herein, Applicant/Employee (referred to in this Agreement as "Associate", "you") and the Company (collectively "the parties") agree that:

1. Except (a) as expressly set forth in the section titled "Claims *Not* Covered by this Agreement", and (b) as otherwise required by applicable law, any and all disputes, claims, complaints or controversies ("Claims") between you and TBC Corporation and/or any of its parents, subsidiaries, affiliates, agents, officers, directors, employees and/or any of its benefit plans, benefit plan fiduciaries, sponsors or administrators (collectively and individually the "Company"), that in any way arise out of or relate to your employment, the terms and conditions of your employment, your application for employment and/or the termination of your employment, will be resolved by binding arbitration and NOT by a court or jury.    As such, the Company and you agree to forever waive and relinquish their right to bring claims against the other in a court of law.

2. To the maximum extent permitted by law, the parties agree that this Agreement is equally binding on any person who represents or seeks to represent you or the Company in a lawsuit against the other in a court of law.    That is, the parties agree that no Claims may be initiated or maintained on a class action basis, collective action basis, or representative action basis either in court or arbitration.   Any Claims must be brought in a party's individual capacity, and such claim may not be joined or consolidated in arbitration with Claims brought by other individuals.    If, for any reason, this waiver of class actions/collective actions/representative actions is found to be unenforceable or invalid, then any such class, collective or representative action claim must be litigated and decided in a court of competent jurisdiction, and not in arbitration.   Any issue concerning the enforceability or validity of this waiver must be decided by a court, and not by an arbitrator.

**Claims *Not* Covered by this Agreement**
The following matters are claims that are not covered by this Agreement and may be brought by either party in a court of competent jurisdiction or tribunal:

- Claims for workers' compensation benefits.

- Claims for unemployment compensation benefits.

- Proceedings before the National Labor Relations Board, the Equal Employment Opportunity Commission, the Department of Labor, the Occupational Safety and Health Commission, or any other federal, state or local administrative agency.   However, you understand that any Claim that is not finally resolved through the agency proceedings must be submitted to arbitration in accordance with this Agreement.

- Claims that are expressly precluded from arbitration by a governing federal statute or regulation or by a state law that is not preempted by the Federal Arbitration Act.

- [Associates Outside California]:   Any individual Claim that you may have against the Company or that the Company may have against you for injunctive relief that is based upon alleged unfair competition and/or the use and/or unauthorized disclosure of trade secrets or other confidential information.

- [Associates Inside California]:   Applications to a court for provisional remedies may be made pursuant to Cal. Civ. Proc. Code Section 1281.8, upon the ground set forth in that Section.

**Arbitration Procedures**

The parties agree to use the American Arbitration Association ("AAA") to govern the arbitration proceeding.   The Arbitration must be conducted before a single arbitrator in the State where the Associate was employed by the Company at the time the Claims arose.   Any Arbitration will be in accordance with the then current employment arbitration rules and procedures of AAA[1], except to the extent any such rules and/or procedures are in conflict with any express term of this Agreement, in which case such term of this Agreement will control.   The Arbitrator must have the authority to entertain a motion to dismiss and/or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

**Fees and Costs**

If you make the Demand for Arbitration, you must pay the AAA filing fee; provided such fee does not exceed the initial filing fee to commence an action in a court of competent jurisdiction, in which case the excess of that amount will be paid by the Company.   If the Company makes the Demand for Arbitration, the Company must pay the entire AAA filing fee.   The Company will pay any required administrative fees of the Arbitrator for his or her services, as well as any additional fees unique to arbitration.   Each party will be responsible for paying his/her/its own attorney's fees and all other costs and fees incurred in connection with the Arbitration.

To the extent that it results in a greater recovery for you, the Company agrees to waive the limitations on the recovery of expert fees as an item of costs for reasonable expert fees incurred by you in any Arbitration in which (i) you prevail in an amount greater than the amount of the last settlement offer made by the Company, and (ii) such reasonable expert fees were incurred for an expert report or expert testimony that was ultimately admitted into evidence and relied upon by the Arbitrator in rendering the award.

**Time Limitation for Commencing Arbitration**

The parties are bound by the same statute of limitations that would have applied if the Claim was made in an administrative or judicial forum.   The date on which AAA receives written notice by the party seeking arbitration stating that party's intention to arbitrate ("Demand for Arbitration") will be considered the date of filing for purposes of the statute of limitations.

In the event you file a Demand for Arbitration with AAA, you understand that you must serve the Company with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing the copy to the Company's General Counsel, 4300 TBC Way, Palm Beach Gardens, FL 33410.   In the event the Company files a Demand for Arbitration, the Company must serve you with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing

---

[1] A copy of the AAA rules and procedures can be directly viewed and printed from the Company's online portal. Additionally, information about AAA and its rules and procedures can be found at www.adr.org.

the copy to the last address you provided to the Company in writing.

All service hereunder must be made by United States certified or registered mail, return receipt requested.

**Judicial Enforcement**

Either party may bring an action in any court of competent jurisdiction (1) to compel Arbitration under this Agreement, and (2) to enforce or vacate an arbitration award, if provided for by the laws of such jurisdiction.

**Damages and Other Relief**

Any Claim arbitrated hereunder is subject to the same limitations regarding damages and ability to obtain other relief, as well as affirmative rights to damages and other relief, as would have applied if the Claim was initiated in a judicial forum.

**Survival; Modification; and Termination**

This Agreement will survive the termination of your employment with the Company, as well as the termination or expiration of any benefit of such employment.   In the event that your employment with the Company is severed or terminated and you are subsequently re-employed by the Company, this Agreement will remain in full force and effect during such subsequent employment and will survive the termination of such subsequent employment.

This Agreement supersedes any prior agreement between the parties concerning the subject matter of dispute resolution.   This Agreement may only be modified, revoked and/or terminated by a subsequent written agreement that specifically states the parties' intent to modify, revoke and/or terminate this Agreement and that is signed by you and an Executive Vice President of the Company.

**Construction**

If any court of competent jurisdiction finds any part or provision of this Agreement void, voidable or otherwise unenforceable, such a finding will not affect the validity of the remainder of the Agreement and all other parts and provisions will remain in full force and effect.

**Governing Law**

This Agreement is governed by the Federal Arbitration Act and by the laws of the state where the Claim arose, to the extent those laws are not inconsistent with and/or preempted by the Federal Arbitration Act.

**At-Will Employment**

Your employment is not for any specific duration and either the Company or you may terminate your employment relationship at any time, with or without cause and with or without notice.   This express at-will acknowledgement supersedes any and all prior representations and understandings, whether written or oral, express or implied, between the Company and you.

YOUR SIGNATURE BELOW ATTESTS TO THE FACT THAT:

1.  YOU HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.

2.  YOU ARE SIGNING THIS AGREEMENT VOLUNTARILY.

3.  YOU ARE NOT RELYING ON ANY PROMISES OR REPRESENTATIONS BY THE COMPANY EXCEPT THOSE CONTAINED IN THIS AGREEMENT.

4.  YOU UNDERSTAND THAT BY SIGNING THIS AGREEMENT, YOU ARE GIVING UP THE RIGHT TO HAVE CLAIMS DECIDED BY A COURT OR A JURY.

5.  YOU HAVE BEEN GIVEN THE OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH PRIVATE LEGAL COUNSEL AT YOUR EXPENSE.

**APPLICANT**

alvin street
_____
Signature

alvin street
Print Name

5/20/16, 11:29:36 AM
Date

## MUTUAL AGREEMENT TO ARBITRATE CLAIMS and
## WAIVER OF CLASS/COLLECTIVE ACTIONS

As a condition of my employment and/or continued employment with TBC Corporation or one of its affiliated entities, and for the mutual promises herein, Applicant/Employee (referred to in this Agreement as "Associate", "you") and the Company (collectively "the parties") agree that:

1. Except (a) as expressly set forth in the section titled "Claims *Not* Covered by this Agreement", and (b) as otherwise required by applicable law, any and all disputes, claims, complaints or controversies ("Claims") between you and TBC Corporation and/or any of its parents, subsidiaries, affiliates, agents, officers, directors, employees and/or any of its benefit plans, benefit plan fiduciaries, sponsors or administrators (collectively and individually the "Company"), that in any way arise out of or relate to your employment, the terms and conditions of your employment, your application for employment and/or the termination of your employment, will be resolved by binding arbitration and NOT by a court or jury.     As such, the Company and you agree to forever waive and relinquish their right to bring claims against the other in a court of law.

2. To the maximum extent permitted by law, the parties agree that this Agreement is equally binding on any person who represents or seeks to represent you or the Company in a lawsuit against the other in a court of law.     That is, the parties agree that no Claims may be initiated or maintained on a class action basis, collective action basis, or representative action basis either in court or arbitration.   Any Claims must be brought in a party's individual capacity, and such claim may not be joined or consolidated in arbitration with Claims brought by other individuals.    If, for any reason, this waiver of class actions/collective actions/representative actions is found to be unenforceable or invalid, then any such class, collective or representative action claim must be litigated and decided in a court of competent jurisdiction, and not in arbitration.   Any issue concerning the enforceability or validity of this waiver must be decided by a court, and not by an arbitrator.

**Claims *Not* Covered by this Agreement**
The following matters are claims that are not covered by this Agreement and may be brought by either party in a court of competent jurisdiction or tribunal:

- Claims for workers' compensation benefits.

- Claims for unemployment compensation benefits.

- Proceedings before the National Labor Relations Board, the Equal Employment Opportunity Commission, the Department of Labor, the Occupational Safety and Health Commission, or any other federal, state or local administrative agency.   However, you understand that any Claim that is not finally resolved through the agency proceedings must be submitted to arbitration in accordance with this Agreement.

- Claims that are expressly precluded from arbitration by a governing federal statute or regulation or by a state law that is not preempted by the Federal Arbitration Act.

- [Associates Outside California]:   Any individual Claim that you may have against the Company or that the Company may have against you for injunctive relief that is based upon alleged unfair competition and/or the use and/or unauthorized disclosure of trade secrets or other confidential information.

- [Associates Inside California]:   Applications to a court for provisional remedies may be made pursuant to Cal. Civ. Proc. Code Section 1281.8, upon the ground set forth in that Section.

**Arbitration Procedures**

The parties agree to use the American Arbitration Association ("AAA") to govern the arbitration proceeding.   The Arbitration must be conducted before a single arbitrator in the State where the Associate was employed by the Company at the time the Claims arose.   Any Arbitration will be in accordance with the then current employment arbitration rules and procedures of AAA[1], except to the extent any such rules and/or procedures are in conflict with any express term of this Agreement, in which case such term of this Agreement will control.   The Arbitrator must have the authority to entertain a motion to dismiss and/or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

**Fees and Costs**

If you make the Demand for Arbitration, you must pay the AAA filing fee; provided such fee does not exceed the initial filing fee to commence an action in a court of competent jurisdiction, in which case the excess of that amount will be paid by the Company.   If the Company makes the Demand for Arbitration, the Company must pay the entire AAA filing fee.   The Company will pay any required administrative fees of the Arbitrator for his or her services, as well as any additional fees unique to arbitration.   Each party will be responsible for paying his/her/its own attorney's fees and all other costs and fees incurred in connection with the Arbitration.

To the extent that it results in a greater recovery for you, the Company agrees to waive the limitations on the recovery of expert fees as an item of costs for reasonable expert fees incurred by you in any Arbitration in which (i) you prevail in an amount greater than the amount of the last settlement offer made by the Company, and (ii) such reasonable expert fees were incurred for an expert report or expert testimony that was ultimately admitted into evidence and relied upon by the Arbitrator in rendering the award.

**Time Limitation for Commencing Arbitration**

The parties are bound by the same statute of limitations that would have applied if the Claim was made in an administrative or judicial forum.   The date on which AAA receives written notice by the party seeking arbitration stating that party's intention to arbitrate ("Demand for Arbitration") will be considered the date of filing for purposes of the statute of limitations.

In the event you file a Demand for Arbitration with AAA, you understand that you must serve the Company with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing the copy to the Company's General Counsel, 4300 TBC Way, Palm Beach Gardens, FL 33410.   In the event the Company files a Demand for Arbitration, the Company must serve you with a copy of the Demand for Arbitration within ten (10) calendar days of filing with AAA, directing

---

[1]  A copy of the AAA rules and procedures can be directly viewed and printed from the Company's online portal. Additionally, information about AAA and its rules and procedures can be found at www.adr.org.

the copy to the last address you provided to the Company in writing.

All service hereunder must be made by United States certified or registered mail, return receipt requested.

**Judicial Enforcement**

Either party may bring an action in any court of competent jurisdiction (1) to compel Arbitration under this Agreement, and (2) to enforce or vacate an arbitration award, if provided for by the laws of such jurisdiction.

**Damages and Other Relief**

Any Claim arbitrated hereunder is subject to the same limitations regarding damages and ability to obtain other relief, as well as affirmative rights to damages and other relief, as would have applied if the Claim was initiated in a judicial forum.

**Survival; Modification; and Termination**

This Agreement will survive the termination of your employment with the Company, as well as the termination or expiration of any benefit of such employment.    In the event that your employment with the Company is severed or terminated and you are subsequently re-employed by the Company, this Agreement will remain in full force and effect during such subsequent employment and will survive the termination of such subsequent employment.

This Agreement supersedes any prior agreement between the parties concerning the subject matter of dispute resolution.   This Agreement may only be modified, revoked and/or terminated by a subsequent written agreement that specifically states the parties' intent to modify, revoke and/or terminate this Agreement and that is signed by you and an Executive Vice President of the Company.

**Construction**

If any court of competent jurisdiction finds any part or provision of this Agreement void, voidable or otherwise unenforceable, such a finding will not affect the validity of the remainder of the Agreement and all other parts and provisions will remain in full force and effect.

**Governing Law**

This Agreement is governed by the Federal Arbitration Act and by the laws of the state where the Claim arose, to the extent those laws are not inconsistent with and/or preempted by the Federal Arbitration Act.

**At-Will Employment**

Your employment is not for any specific duration and either the Company or you may terminate your employment relationship at any time, with or without cause and with or without notice.    This express at-will acknowledgement supersedes any and all prior representations and understandings, whether written or oral, express or implied, between the Company and you.

YOUR SIGNATURE BELOW ATTESTS TO THE FACT THAT:

1.  YOU HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.

2.  YOU ARE SIGNING THIS AGREEMENT VOLUNTARILY.

3.  YOU ARE NOT RELYING ON ANY PROMISES OR REPRESENTATIONS BY THE COMPANY EXCEPT THOSE CONTAINED IN THIS AGREEMENT.

4.  YOU UNDERSTAND THAT BY SIGNING THIS AGREEMENT, YOU ARE GIVING UP THE RIGHT TO HAVE CLAIMS DECIDED BY A COURT OR A JURY.

5.  YOU HAVE BEEN GIVEN THE OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH PRIVATE LEGAL COUNSEL AT YOUR EXPENSE.

**APPLICANT**

Brianna Perez
_____
Signature

Brianna Perez
_____
Print Name

5/26/16, 4:07:08 PM
_____
Date